JUDGE KATHLEEN CARDONE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2018 JUN 20 PM 2:59
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
             DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-18-CR- |
| Plaintiff, | § § | INDICTMENT |
| v. | § § | CT 1: 8 U.S.C. § 1326(a) – |
| JUAN CARLOS ORELLANA-CLAROS, | § § | Illegal Re-Entry |
| Defendant. | § § § | |

EP18CR1768

THE GRAND JURY CHARGES:

### COUNT ONE
(8 U.S.C. § 1326(a))

On or about May 25, 2018, in the Western District of Texas, Defendant,

**JUAN CARLOS ORELLANA-CLAROS,**

an alien, who had previously been excluded, deported, and removed from the United States on or about July 24, 2007, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney