JUN 21 2018

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. EP-18-CR-01768-KC |
| JUAN CARLOS ORELLANA-CLAROS, | § § § § | |
| Defendant. | § § § | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses the Indictment against Defendant, **JUAN CARLOS ORELLANA-CLAROS**. The Government does not wish to prosecute at this time.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By: _____
PATRICIA AGUAYO
Assistant U.S. Attorney
Texas Bar #24059359
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES DISTRICT JUDGE

DATE: June 25, 2018