# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | No: EP:18-CR-01768(1)-KC |
| | § | |
| (1) Juan Carlos Orellana-Claros | § | |

## ORDER SETTING PLEA AND SENTENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PLEA** and **SENTENCE** in District Courtroom, Room 522, El Paso, TX 79901, on **Wednesday, July 18, 2018**, at **10:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, united States Pretrial Services and the United States Probation Office.  Counsel for the Defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

**IT IS FURTHER ORDERED that plea agreements, if any, must be filed 72 hours prior to the day of the scheduled plea.**

IT IS SO ORDERED on this **29th day of June, 2018**.

_____
HONORABLE KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

COURTROOM ATTIRE IS REQUIRED AT ALL TIMES FOR EVERYONE ENTERING THE COURTROOM.