UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | EP:18-CR-01768(1)-KC |
| | § | |
| (1) Juan Carlos Orellana-Claros | § | |

## ORDER CANCELLING PLEA AND SENTENCE

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **PLEA AND SENTENCE on Wednesday, July 18, 2018 at 10:30 AM is hereby CANCELLED until further order of the court**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. If the defendant is on bond, counsel for the defendant shall notify the defendant that this matter is cancelled.

IT IS SO ORDERED this 29th day of June, 2018.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE